Glenn E. Siegel
T. Charlie Liu (*pro hac vice* pending)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001
Email:  glenn.siegel@morganlewis.com
           charlie.liu@morganlewis.com

Andrew J. Gallo (*pro hac vice* pending)
Christopher L. Carter (*pro hac vice* pending)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Telephone:  (617) 341-7700
Facsimile:  (617) 341-7701
Email:  andrew.gallo@morganlewis.com
           christopher.carter@morganlewis.com

-and-

David B. Salmons (*pro hac vice* pending)
Bryan M. Killian (*pro hac vice* pending)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
Email:  david.salmons@morganlewis.com
           bryan.killian@morganlewis.com

*Attorneys for Peter Protopapas, in his capacity as Court-Appointed Receiver*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WHITTAKER, CLARK & DANIELS, INC., *et al.*,<br><br>                               Debtors.[1] | Chapter 11<br><br>Case No. 23-13575 (MBK)<br><br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Whittaker, Clark & Daniels, Inc. (4760), Brilliant National Services, Inc. (2113); L. A. Terminals, Inc. (6800); and Soco West, Inc. (3400). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 100 First Stamford Place, Stamford, Connecticut 06902.

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Peter Protopapas, the duly appointed receiver by the South Carolina Court of Common Pleas (the "<u>Receiver</u>") for Whittaker, Clark & Daniels, Inc. and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Glenn E. Siegel<br>T. Charlie Liu<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile:  (212) 309-6001<br>Email:  glenn.siegel@morganlewis.com<br>            charlie.liu@morganlewis.com | Andrew J. Gallo<br>Christopher L. Carter<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 341-7700<br>Facsimile:  (617) 341-7701<br>Email:  andrew.gallo@morganlewis.com<br>            christopher.carter@morganlewis.com |

-and-

David B. Salmons
Bryan M. Killian
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001
Email:  david.salmons@morganlewis.com
            bryan.killian@morganlewis.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of the Receiver to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the Receiver's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) the Receiver's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) the Receiver's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Receiver is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Receiver expressly reserves.

Dated: May 3, 2023

/s/ Glenn E. Siegel
**MORGAN, LEWIS & BOCKIUS LLP**
Andrew J. Gallo (*pro hac vice* pending)
Christopher L. Carter (*pro hac vice* pending)
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7000
Facsimile: (617) 341-7001
Email: andrew.gallo@morganlewis.com
christopher.carter@morganlewis.com

-and-

David B. Salmons (*pro hac vice* pending)
Bryan M. Killian (*pro hac vice* pending)
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
Email: david.salmons@morganlewis.com
bryan.killian@morganlewis.com

-and-

Glenn E. Siegel
T. Charlie Liu (*pro hac vice* pending)
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Email: glenn.siegel@morganlewis.com
charlie.liu@morganlewis.com

*Attorneys for Peter Protopapas, in his capacity as Court-Appointed Receiver*

4