**Fill in this information to identify the case:**

Debtor name: **Whittaker, Clark & Daniels, Inc, et al.**

United States Bankruptcy Court for the **District of New Jersey**
(State)

Case number (*If known*): 23-13575 (MBK)

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Non-Tort Claims and Are Not Insiders[1]

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WILCOX & SAVAGE, P.C. 440 MONTICELLO AVENUE SUITE 220 NORFOLK, VA 23510 | MICHELLE SHEARON (757) 628-5631 MSHEARON@WILSAV.COM | PROFESSIONAL SERVICES | | | | $1,899,560.21 |
| 2 | LANDMAN CORSI BALLAINE & FORD P.C. ONE GATEWAY CENTER S NEWARK, NJ 07102 | CHRISTOPHER S. KOZAK (212) 238-4800 CKOZAK@LCBF.COM | PROFESSIONAL SERVICES | Disputed | | | $1,505,000.00 |
| 3 | MCGIVENY, KLUGER, CLARK & INTOCCIA, P.C. 243 SPARTA AVENUE NEWARK, NJ 07871 | NICHOLAS DEMATTHEIS (973) 726-4958 NDEMATTHEIS@MKCILAW.US.COM | PROFESSIONAL SERVICES | Disputed | | | $1,166,374.64 |
| 4 | MURRIN & ASSOCIATES LLC 3675 MT. DIABLO BOULEVARD LAFAYETTE, CA 94549 | CHARLES P. MURRIN (925) 284-5770 CHARLES.MURRIN@MURRINLAW.COM | PROFESSIONAL SERVICES | Disputed | | | $896,506.22 |
| 5 | LATHROP GPM 2345 GRAND BOULEVARD, SUITE 2200 KANSAS CITY, MO 64108 | JEAN PAUL BRADSHAW (816) 292-2000 JEANPAUL.BRADSHAW@LATHROPGRPM.COM | PROFESSIONAL SERVICES | | | | $819,854.19 |
| 6 | DEMLER, ARMSTRONG & ROWLAND, LLP 4500 EAST PACIFIC COAST HIGHWAY, 4TH FLOOR LONG BEACH, CA 90815 | JENNIFER C. RASMUSEN (415) 949-1900 RAS@DARLAW.COM | PROFESSIONAL SERVICES | Disputed | | | $655,616.57 |

---

[1]   On a consolidated basis.  The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed below.  Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.  This list is being filed pursuant to Paragraph 4 of the *Interim Order (A) Authorizing the Debtors to (I) File a List of the Top Law Firms and Use the Addresses of Counsel in Lieu of Claimants' Addresses and (II) Redact Personally Identifiable Information, (B) Approving Certain Notice Procedures, and (C) Granting Related Relief* [Docket No. 69].

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP 333 SOUTH HOPE STREET, 43RD FLOOR LOS ANGELES, CA 90071 | POLLY TOWILL (213) 617-5480 PTOWILL@SHEPPARDMULLIN.COM | PROFESSIONAL SERVICES | | | | $624,496.63 |
| 8 | FOX ROTHSCHILD LLP 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA, PA 19103 | LAUREN P. MCKENNA (215) 299-2754 LMCKENNA@FOXROTHSCHILD.COM | PROFESSIONAL SERVICES | Disputed | | | $622,698.96 |
| 9 | CMBG3 LAW LLC 265 FRANKLIN STREET, SUIT 601 BOSTON, MA 02110 | JOHN P. GARDELLA (617) 279-8200 JGARDELLA@CMBG3.COM | PROFESSIONAL SERVICES | Disputed | | | $542,243.93 |
| 10 | BOWMAN AND BROOKE LLP 150 SOUTH 5TH STREET, SUITE 3000 MINNEAPOLIS, MN 55402 | VANESSA MERASSAINT (407) 804-6219 VANESSA.MERASSAINT@BOWMANAND BROOKE.COM | PROFESSIONAL SERVICES | Disputed | | | $313,293.25 |
| 11 | HEYL, ROYSTER, VOELKER, & ALLEN P.C. 300 HAMILTON BOULEVARD PEORIA, IL 61602 | JOHN HEIL JR. (309) 676-0400 JHEIL@HEYLROYSTER.COM | PROFESSIONAL SERVICES | Disputed | | | $305,531.34 |
| 12 | STANTEC CONSULTING SERVICES 13980 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | JOHN GRIGGS (630) 576-9100 JOHN.GRIGGS@STANTEC.COM | PROFESSIONAL SERVICES | | | | $259,286.34 |
| 13 | LATHAM & WATKINS LLP 650 TOWN CENTER DRIVE COSTA MESA, CA 92626 | MICHAEL A. TRESKA (714) 755-8197 MICHAEL.TRESKA@LW.COM | PROFESSIONAL SERVICES | | | | $248,356.45 |
| 14 | BENCHMARK RISK GROUP 917 WEST WASHINGTON BOULEVARD CHICAGO, IL 60607 | JENNIFER PIERCE (773) 977-4705 JENNIFER.PIERCE@BENCHMARK-RISK.COM | PROFESSIONAL SERVICES | Disputed | | | $240,391.85 |
| 15 | RIZZO MATTINGLY BOSWORTH PC 1300 SOUTHWEST 6TH AVENUE S PORTLAND, OR 97201 | STEVEN RIZZO (503) 229-1819 SRIZZO@RIZZOPC.COM | PROFESSIONAL SERVICES | Disputed | | | $185,073.28 |
| 16 | RUTAN & TUCKER, LLP 611 ANTON BOULEVARD COSTA MESA, CA 92626 | GLORIA LEE (714) 641-5100 GLEE@RUTAN.COM | PROFESSIONAL SERVICES | | | | $166,373.94 |
| 17 | SEGRAVE TECHNICAL CONSULTING LLC 3177 BELLESTONE COURT MARIETTA, GA 30066 | ALAN SEGRAVE (770) 533-0097 ASEGRAVE.STC@GMAIL.COM | PROFESSIONAL SERVICES | | | | $110,057.52 |
| 18 | FRANK B FRIEDMAN & ASSOCIATES, LLC 5630 WISCONSIN AVENUE CHEVY CHASE, MD 20815 | FRANK B. FRIEDMAN (301) 913-9830 FFRIEDMANEHS@VERIZON.NET | PROFESSIONAL SERVICES | | | | $98,108.05 |
| 19 | TASMAN GEOSCIENCES 6899 PECOS STREET DENVER, CO 80221 | LAURA HEATON, P.E. (406) 259-1033 LHEATON@TASMAN-GEO.COM | PROFESSIONAL SERVICES | | | | $96,053.66 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | GEOSYNTEC CONSULTANTS, INC. 5901 BROKEN SOUND PARK BOCA RATON, FL 33487 | TONY SMITH, PH.D., P.E. (510) 285-2770 TSMITH@GEOSYNTEC.COM | PROFESSIONAL SERVICES | | | | $93,677.30 |