UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## ORDER DENYING MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: June 20, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter comes before the Court upon a Motion to Dismiss (ECF No. 117) filed by Peter Protopapas in his capacity as court-appointed receiver seeking dismissal of the chapter 11 bankruptcy petition filed on behalf of Whittaker, Clark & Daniels, Inc. The Official Committee of Talc Claimants filed a joinder.  For the reasons set forth in the accompanying Opinion, and for good cause, it is hereby

ORDERED that the Motion to Dismiss (ECF No. 117) is DENIED.