| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Daniel I. Forman (admitted *pro hac vice*)<br>Stuart R. Lombardi<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>dforman@willkie.com<br>slombardi@willkie.com<br><br>*Counsel for Future Claimants' Representative* | **RABINOWITZ LUBETKIN & TULLY, LLC**<br>Barry J. Roy<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey 07039<br><br>Telephone: (973) 597-9100<br>Facsimile: (973) 597-9111<br>broy@rltlawfirm.com<br><br>*Co-Counsel for Future Claimants' Representative* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WHITTAKER, CLARK & DANIELS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-13575 (MBK)<br><br>(Jointly Administered) |

**JOINDER OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS' OBJECTION TO THE AD HOC COMMITTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED COMMERCIAL CREDITORS**

The Hon. Shelley C. Chapman (Ret.), the legal representative for the future talc personal injury claimants (the "Future Claimants' Representative" or "FCR"), by and through her undersigned counsel, respectfully submits this joinder to the objection [Docket No. 957] (the "Objection") of the Official Committee of Talc Claimants to the *Ad Hoc Committee's Motion for an Order Directing the Appointment of an Official Committee of Unsecured Commercial Creditors* [Docket No. 854] (the "Motion") filed by the ad hoc committee of general unsecured commercial

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Whittaker, Clark & Daniels, Inc. (4760), Brilliant National Services, Inc. (2113); L. A. Terminals, Inc. (6800); and Soco West, Inc. (3400). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 100 First Stamford Place, Stamford, Connecticut 06902.

- 2 -

creditors of Whittaker, Clark & Daniels, Inc. and its affiliated debtors (collectively, the "Debtors"). The FCR respectfully states as follows:

1.  The FCR concurs with arguments laid out in the Objection. For the reasons set forth in the Objection, the FCR respectfully requests (a) the Court deny the Motion and (b) such other relief as the Court deems proper.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 26, 2024                          Respectfully submitted,

                                         */s/ Barry J. Roy*
                                         **RABINOWITZ LUBETKIN & TULLY, LLC**
                                         Barry J. Roy
                                         293 Eisenhower Parkway, Suite 100
                                         Livingston, New Jersey 07039
                                         Telephone: (973) 597-9100
                                         Facsimile: (973) 597-9111
                                         broy@rltlawfirm.com

                                         and

                                         **WILLKIE FARR & GALLAGHER LLP**
                                         Daniel I. Forman (admitted *pro hac vice*)
                                         Stuart R. Lombardi
                                         Justin Garbacz (admitted *pro hac vice*)
                                         Christine Thain (admitted *pro hac vice*)
                                         787 Seventh Avenue
                                         New York, New York 10019
                                         Telephone: (212) 728-8000
                                         Facsimile: (212) 728-8111
                                         dforman@willkie.com
                                         slombardi@willkie.com
                                         jgarbacz@willkie.com
                                         cthain@willkie.com

                                         *Counsel for Future Claimants' Representative*