|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>joshua.sussberg@kirkland.com<br><br>-and -<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2400<br>chad.husnick@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Co-Counsel for Debtors and*<br>*Debtors in Possession* |



Order Filed on July 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Chapter 11 |
|---|---|
| WHITTAKER, CLARK & DANIELS, INC., *et al.*, | Case No. 23-13575 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## ORDER APPROVING INTERIM FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS FOR THE PERIOD JANUARY 1, 2024 THROUGH APRIL 30, 2024

**DATED: July 3, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

| | |
|---|---|
| Debtors: | WHITTAKER, CLARK & DANIELS, INC., *et al*. |
| Case No. | 23-13575 (MBK) |
| Caption of Order: | ORDER APPROVING INTERIM FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS FOR THE PERIOD JANUARY 1, 2024 THROUGH APRIL 30, 2024 |

---

The relief set forth on the following pages, numbered three (3) through four (4), is hereby **ORDERED**.

| | |
|---|---|
| Debtors: | WHITTAKER, CLARK & DANIELS, INC., *et al*. |
| Case No. | 23-13575 (MBK) |
| Caption of Order: | ORDER APPROVING INTERIM FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS FOR THE PERIOD JANUARY 1, 2024 THROUGH APRIL 30, 2024 |

---

Upon consideration of the interim fee applications [Docket Nos. 1129, 1130, 1131, 1139, 1140, 1141, 1144, 1145, 1146, 1149 and 1151] (the "Interim Fee Applications") of certain retained professionals for the period covering January 1, 2024 through April 30, 2024 (collectively, the "Retained Professionals" and each a "Retained Professional") in the above-captioned debtors' (the "Debtors") chapter 11 cases and listed on **Exhibit A** hereto filed in accordance with the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 176] (the "Interim Compensation Order"); and the Court having reviewed the Interim Fee Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (b) notice of the Interim Fee Applications and the hearing thereon was adequate under the circumstances; (c) all parties with notice of the Interim Fee Applications have been afforded the opportunity to be heard on the Interim Fee Applications; and (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied; and after due deliberation and sufficient and good cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    The Interim Fee Applications are APPROVED in the amounts set forth in **Exhibit A**.

    2.    The Retained Professionals are granted interim allowance of compensation and reimbursement of expenses in the amounts set forth in **Exhibit A**, attached hereto.

(Page | 4)

Debtors: WHITTAKER, CLARK & DANIELS, INC., *et al*.
Case No. 23-13575 (MBK)
Caption of Order: ORDER APPROVING INTERIM FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS FOR THE PERIOD JANUARY 1, 2024 THROUGH APRIL 30, 2024

---

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to remit payment to each Retained Professional in the amount set forth in **Exhibit A**, less all amounts previously paid on account of such fees and expenses.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**EXHIBIT A**

| Professional and Application | Total Fees Requested | Total Expenses Requested | Allowed Fees and Expenses |
|---|---|---|---|
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Co-Counsel to the Debtors<br><br>Third Interim Fee Application [Docket No. 1146] | $4,311,991.00 | $1,807,503.55 | $6,119,494.55 |
| Cole Schotz P.C., Co-Counsel to the Debtors<br><br>Third Interim Fee Application [Docket No. 1149] | $1,225,830.00 | $13,813.69 | $1,239,643.69 |
| The Brattle Group, Inc., Claims Estimation Expert to the Debtors<br><br>Second Interim Fee Application [Docket No. 1141] | $2,378,352.20 | $658.29 | $2,379,010.49 |
| Willkie Farr & Gallagher, LLP, Counsel to the Future Claimants' Representative<br><br>Third Interim Fee Application [Docket No. 1129] | $1,787,934.50 | $3,721.25 | $1,791,655.75 |
| Rabinowitz, Lubetkin & Tully, LLC, Co-Counsel to the Future Claimants' Representative<br><br>Third Interim Fee Application [Docket No. 1131] | $20,275.00 | $437.60 | $20,712.60 |
| Hon. Shelley C. Chapman (Ret.), Future Claimants' Representative<br><br>Third Interim Fee Application [Docket No. 1129] | $33,975.00 | $0.00 | $33,975.00 |
| Province, LLC, Consultants for Future Claims Representative<br><br>Third Interim Fee Application [Docket No. 1130] | $593,043.00 | $371.45 | $593,414.45 |

| Professional and Application | Total Fees Requested | Total Expenses Requested | Allowed Fees and Expenses |
|---|---|---|---|
| Cooley LLP, Lead Counsel to the Official Committee of Talc Claimants<br><br>Third Interim Fee Application [Docket No. 1145] | $4,093,914.50 | $90,161.71 | $4,184,076.21 |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Local Counsel to the Official Committee of Talc Claimants<br><br>Third Interim Fee Application [Docket No. 1139] | $220,237.50 | $32,213.98 | $252,451.48 |
| Caplin & Drysdale, Chartered, Special Asbestos Counsel to the Official Committee of Talc Claimants<br><br>Third Interim Fee Application [Docket No. 1144] | $1,324,321.50 | $22,791.92 | $1,347,113.42 |
| Gilbert LLP, Special Insurance Counsel to the Official Committee of Talc Claimants<br><br>Third Interim Fee Application [Docket No. 1140] | $1,351,604.50 | $7,489.73 | $1,359,094.23 |
| FTI Consulting, Inc., Financial Advisor to the Official Committee of Talc Claimants<br><br>Third Interim Fee Application [Docket No. 1151] | $1,070,610.00 | $1,589.38 | $1,072,199.38 |