| | |
|---|---|
| **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq. (admitted *pro hac vice*)<br>Nicholas A. Servider, Esq. (admitted *pro hac vice*)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br>nservider@wmd-law.com<br><br>*Counsel for the Berkshire Entities* | **MUNGER TOLLES & OLSON LLP**<br>Seth Goldman, Esq. (admitted *pro hac vice*)<br>John W. Berry, Esq. (admitted *pro hac vice*)<br>Craig Jennings Lavoie, Esq. (admitted *pro hac vice*)<br>350 South Grand Avenue, 50th Fl.<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9554<br>seth.goldman@mto.com<br>john.berry@mto.com<br>craig.lavoie@mto.com<br><br>**SIMPSON THACHER & BARTLETT LLP**<br>Bryce L. Friedman, Esq. (admitted *pro hac vice*)<br>Alan C. Turner, Esq. (admitted *pro hac vice*)<br>David R. Zylberberg, Esq. (admitted *pro hac vice*)<br>Jamie J. Fell, Esq. (admitted *pro hac vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>bfriedman@stblaw.com<br>aturner@stblaw.com<br>david.zylberberg@stblaw.com<br>jamie.fell@stblaw.com<br><br>*Counsel for the Berkshire Entities* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WHITTAKER, CLARK & DANIELS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-13575 (MBK) |

**BERKSHIRE ENTITIES' JOINDER IN SUPPORT OF
DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT
UNDER BANKRUPTCY RULE 9019**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Whittaker, Clark & Daniels, Inc. (4760); Brilliant National Services, Inc. (2113); Soco West, Inc. (3400); and L.A. Terminals, Inc. (6800).

Berkshire Hathaway, Inc., National Indemnity Company, National Liability & Fire Insurance Company, Resolute Management, Inc., Ringwalt & Liesche Co., BH Columbia Inc., and Columbia Insurance Company (collectively, the "Berkshire Entities") hereby join in the Debtors' request for this Court's authorization for the Debtors to enter into the Settlement Agreement dated September 3, 2024, as set forth in the Debtors' Motion for Approval of Settlement Under Bankruptcy Rule 9019 (Dkt. No. 1297, the "Settlement Motion"), and thus join in seeking the relief requested by the Settlement Motion.

The Berkshire Entities' joinder is based on the Debtors' Settlement Motion and materials submitted in support thereof, and any additional authorities, evidence, and arguments that may be presented before or at the hearing.  This will include the forthcoming reply submission by the Berkshire Entities in support of the Settlement Motion, which is due December 6, 2024 under this Court's Scheduling Order (Dkt. No. 1347).

Dated: October 4, 2024

By: /s/ *Paul R. DeFilippo*

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
Nicholas A. Servider, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Email: pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com
nservider@wmd-law.com

**MUNGER TOLLES & OLSON LLP**
Seth Goldman (admitted *pro hac vice*)
John W. Berry (admitted *pro hac vice*)
Craig Jennings Lavoie (admitted *pro hac vice*)
350 South Grand Avenue, 50th Fl.
Los Angeles, CA 90071-1560
Telephone: (213) 683-9554
Email: seth.goldman@mto.com
john.berry@mto.com
craig.lavoie@mto.com

**SIMPSON THACHER & BARTLETT LLP**
Bryce L. Friedman, Esq. (admitted *pro hac vice*)
Alan C. Turner, Esq. (admitted *pro hac vice*)
David R. Zylberberg, Esq. (admitted *pro hac vice*)
Jamie J. Fell, Esq. (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Email: bfriedman@stblaw.com
aturner@stblaw.com
david.zylberberg@stblaw.com
jamie.fell@stblaw.com

*Counsel for the Berkshire Entities*