| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted *pro hac vice*)<br>Michael Klein (admitted *pro hac vice*)<br>Erica Richards (admitted *pro hac vice*)<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Email:  cspeckhart@cooley.com<br>           mklein@cooley.com<br>           erichards@cooley.com<br>           elazerowitz@cooley.com<br><br>*Lead Counsel to the*<br>*Official Committee of Talc Claimants* | **SHERMAN, SILVERSTEIN,**<br>**KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>           rswitkes@shermansilverstein.com<br><br>*Local Counsel to the*<br>*Official Committee of Talc Claimants* |
| **CAPLIN & DRYSDALE, CHARTERED**<br>Kevin C. Maclay (admitted *pro hac vice*)<br>Todd E. Phillips (admitted *pro hac vice*)<br>Kevin M. Davis (admitted *pro hac vice*)<br>Serafina A. Concannon (admitted *pro hac vice*)<br>1200 New Hampshire Ave. NW, 8th Floor<br>Washington, DC 20036<br>Tel: (202) 862-5000<br>Email: kmaclay@capdale.com<br>           tphillips@capdale.com<br>           kdavis@capdale.com<br>           sconcannon@capdale.com<br><br>*Special Asbestos Counsel to the*<br>*Official Committee of Talc Claimants* | |
| In re:<br><br>WHITTAKER, CLARK & DANIELS, INC., *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 23-13575 (MBK)<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J., Chief<br><br>**Hearing Date: February 7, 2025 at 11:00 a.m. (ET)**<br>**Obj. Deadline: February 3, 2025** |

**NOTICE OF HEARING TO CONSIDER THE OFFICIAL
COMMITTEE OF TALC CLAIMANTS' MOTION *IN LIMINE* TO EXCLUDE
THE TESTIMONY OF BRENNTAG'S EXPERT ANDREW R. EVANS**

**PLEASE TAKE NOTICE** that on February 7, 2025, at 11:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard, the Official Committee of Talc Claimants (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through its undersigned counsel, shall move (the "**Motion**") before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, New Jersey 08068 (the "**Court**") for entry of an order (the "**Order**"), substantially in the form submitted herewith, excluding the testimony of Andrew R. Evans.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Committee relies on the accompanying Motion, declaration, and exhibits thereto, which set forth the relevant legal and factual bases upon which the relief requested in the Motion should be granted. A proposed Order granting the relief requested in the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Court electronically by attorneys who regularly practice before the Court in accordance with the (a) Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 67] (the "**Case Management Order**") and (b) General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "**General Order**") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "**Commentary**") (the General Order, the Supplemental Commentary, and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Court) and, by

all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the Case Management Order, the General Order and the Supplemental Commentary, so as to be received no later than February 3, 2025.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto, Inc. at https://cases.stretto.com/whittaker.  You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, unless responses are timely and properly filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

| | |
|---|---|
| Dated: January 21, 2025 | */s/ Arthur J. Abramowitz* |
| | **SHERMAN, SILVERSTEIN,** |
| | **KOHL, ROSE & PODOLSKY, P.A.** |
| | Arthur J. Abramowitz |
| | Ross J. Switkes |
| | 308 Harper Drive, Suite 200 |
| | Moorestown, NJ 08057 |
| | Tel: (856) 662-0700 |
| | Email:  aabramowitz@shermansilverstein.com |
| |             rswitkes@shermansilverstein.com |
| | |
| | **COOLEY LLP** |
| | Cullen D. Speckhart (admitted *pro hac vice*) |
| | Michael Klein (admitted *pro hac vice*) |
| | Evan M. Lazerowitz |
| | Jeremiah P. Ledwidge (admitted *pro hac vice*) |
| | 55 Hudson Yards |
| | New York, NY 10001 |
| | Tel: (212) 479-6000 |
| | Email:  cspeckhart@cooley.com |
| |             mklein@cooley.com |
| |             elazerowitz@cooley.com |
| |             jledwidge@cooley.com |
| | |
| | **CAPLIN & DRYSDALE, CHARTERED** |

        Kevin C. Maclay (admitted *pro hac vice*)
        Todd E. Phillips (admitted *pro hac vice*)
        Kevin M. Davis (admitted *pro hac vice)*
        Serafina A. Concannon (admitted *pro hac vice*)
        1200 New Hampshire Avenue NW, 8th Floor
        Washington, DC 20036
        Tel: (202) 862-5000
        Email:  kmaclay@capdale.com
                tphillips@capdale.com
                kdavis@capdale.com
                sconcannon@capdale.com

*Co-Counsel to the Official Committee of Talc Claimants*

4