| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** <br> Stuart R. Lombardi <br> Christine J. Thain (admitted *pro hac vice*) <br> 787 Seventh Avenue <br> New York, New York 10019 <br> Telephone:  (212) 728-8000 <br> Facsimile:  (212) 728-8111 <br> slombardi@willkie.com <br> cthain@willkie.com <br><br> *Counsel for* <br> *Future Claimants' Representative* | **RABINOWITZ LUBETKIN & TULLY, LLC** <br> Jonathan I. Rabinowitz <br> Barry J. Roy <br> 293 Eisenhower Parkway, Suite 100 <br> Livingston, New Jersey 07039 <br> Telephone:  (973) 597-9100 <br> Facsimile: (973) 597-9111 <br> jrabinowitz@rltlawfirm.com <br> broy@rltlawfirm.com <br><br> *Co-Counsel for* <br> *Future Claimants' Representative* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> WHITTAKER, CLARK & DANIELS, INC., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-13575 (MBK) <br><br> (Jointly Administered) |

<u>**NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS**</u>
[Related Docket No. 2012]

**PLEASE TAKE NOTICE** that Rabinowitz, Lubetkin & Tully LLC ("RLT") is hereby providing notice of the increase of the hourly rate of certain of its professionals, pursuant to the *Order Authorizing Retention of Rabinowitz, Lubetkin & Tully LLC as Counsel to the Future Claimants' Representative* [Docket No. 339].

Pursuant to its internal operating procedures, RLT revisits, and adjusts, the rates of it professionals periodically. The following table reflects the hourly rate increases for those certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Whittaker, Clark & Daniels, Inc. (4760), Brilliant National Services, Inc. (2113); L. A. Terminals, Inc. (6800); and Soco West, Inc. (3400). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 100 First Stamford Place, Stamford, Connecticut 06902.

professionals specified in the *Monthly Fee Statement of Rabinowitz, Lubetkin & Tully LLC as Counsel to the Future Claimants' Representative* [Docket No. 2012].

| Name | Title | Hourly Rate in RLT Application | Hourly Rate, Effective May 1, 2025 |
|---|---|---|---|
| Jonathan I. Rabinowitz | Partner | $575.00 | $650.00 |
| Jay L. Lubetkin | Partner | $525.00 | $600.00 |
| Jeffrey A. Cooper | Partner | $500.00 | $550.00 |
| Henry M. Karwowski | Partner | $475.00 | $525.00 |
| Barry J. Roy | Partner | $475.00 | $500.00 |
| Justin S. Baumgartner | Associate | – | $400.00 |
| Paralegal | Paralegal | $150.00 | $200.00 |

The foregoing rates will be effective on May 1, 2025.

By: /s/ *Barry J. Roy*
      Barry J. Roy

DATED:  May 20, 2025