| | |
|---|---|
| **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> joshua.sussberg@kirkland.com <br><br> -and- <br><br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Chad J. Husnick, P.C. (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2400 <br> chad.husnick@kirkland.com <br><br> *Co-Counsel for Debtors and* <br> *Debtors in Possession* | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br><br><br><br><br><br><br><br><br><br><br><br> *Co-Counsel for Debtors and* <br> *Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> WHITTAKER, CLARK & DANIELS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-13575 (MBK) <br><br> (Jointly Administered) |

## JOINT STATEMENT OF THE ENVIRONMENTAL
## SETTLEMENT PARTIES REGARDING ENVIRONMENTAL SETTLEMENT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Whittaker, Clark & Daniels, Inc. (4760), Brilliant National Services, Inc. (2113), L. A. Terminals, Inc. (6800), and Soco West, Inc. (3400). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 100 First Stamford Place, Stamford, Connecticut 06902.

The above-captioned debtors and debtors in possession (the "Debtors"), the Contributing Parties,[2] and the Government Environmental Creditors[3] (together with the Debtors and the Contributing Parties, the "Environmental Settlement Parties") submit this joint statement (the "Statement") as an update regarding the status of the negotiation and documentation of the environmental settlement (the "Environmental Settlement") discussed during the status conference held on October 14, 2025 (the "Status Conference").

At the Status Conference, the Debtors' counsel stated that the Debtors believed that the Environmental Settlement Parties were "very close to finalizing the documents" memorializing the Environmental Settlement, after many months of negotiations. *See Transcript of Status Conference*, *In re Whittaker, Clark & Daniels, Inc.*, No. 23-13575 (Bankr. D.N.J. Oct. 14, 2025) at 4:19–5:1. At the time of the Status Conference, the Debtors anticipated being finished documenting the Environmental Settlement in advance of the Thanksgiving holiday, November 27, 2025. *See id.* at 8:2-6. However, the Status Conference was held during what turned out to be the early stages of the longest government shutdown in U.S. history, persisting for more than six weeks, which has only recently abated. The government shutdown contributed to limited resources being available to continue finalizing documentation memorializing the Environmental Settlement.

---

[2] "Contributing Parties" has the meaning ascribed to it in the *Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreement Between the Debtors and the Contributing Parties, (II) Authorizing the Debtors to Perform All of Their Obligations Thereunder, and (III) Granting Related Relief* [Docket No. 1297] (the settlement contemplated therein, the "Estate Claims Settlement").

[3] "Government Environmental Creditors" means, collectively, the applicable case teams for: (a) the United States, on behalf of the Environmental Protection Agency; (b) the State of Montana through the Montana Natural Resource Damage Program and the Montana Department of Environmental Quality; (c) the State of California Department of Toxic Substances Control; (d) the California State Water Resources Control Board and California Regional Water Quality Control Board, Los Angeles Region; and (e) the Orange County Water District.

The Environmental Settlement Parties have continued to make meaningful progress over the recent weeks following the Status Conference and counsel have reached an agreed form of consent decree and settlement agreement memorializing the Environmental Settlement. Such agreement will remain subject to approval of appropriate government officials, and the Government Environmental Creditors must undergo their respective final review processes prior to lodging the Environmental Settlement with this Court for public comment. In connection with the filing of a motion seeking approval of the Environmental Settlement, the Debtors will also file a revised form of order regarding the approval of the Estate Claims Settlement, incorporating the language set forth in the block quote in paragraph 37 of the *United States' Objection to the Settlement Agreement Between Debtors and Contributing Parties* [Docket No. 1625].

[*Remainder of page intentionally left blank*]

Dated: November 26, 2025

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Tel: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
joshua.sussberg@kirkland.com

-and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C.
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-2000
Fax: (312) 862-2400
chad.husnick@kirkland.com

*Co-Counsel for Debtors and Debtors in Possession*

/s/ Jeanne T. Cohn
**UNITED STATES DEPARTMENT OF JUSTICE ON BEHALF OF U.S. ENVIRONMENTAL PROTECTION AGENCY**
Jeanne T. Cohn
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-4160
jeanne.cohn@usdoj.gov

*United States Department of Justice on behalf of U.S. Environmental Protection Agency*

/s/ Justin Massey
**COHN LIFLAND PEARLMAN HERRMAN & KNOPF LLP**
Jeffrey W. Herrmann, Esq.
Alex A. Pisarevsky, Esq.
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel: (201) 845-9600
jwh@njlawfirm.com
ap@njlawfirm.com

-and-

**MILLER, AXLINE & SAWYER**
Justin Massey, Esq. (admitted *pro hac vice*)
1050 Fulton Avenue, Suite 100
Sacramento, California 95825-4225
Tel: (916) 488-6688
jmassey@milleraxline.com

*Attorneys for Orange County Water District*

/s/ James R. Potter
**CALIFORNIA DEPARTMENT OF JUSTICE**
James R. Potter
Mitchell Rishe
Susana Aguilar
300 South Spring Street
Los Angeles, California 90013
Tel: (323) 377-1952
james.potter@doj.ca.gov

*Counsel to the State of California Department of Toxic Substances Control*

/s/ Barbara C. Spiegel
**CALIFORNIA DEPARTMENT OF JUSTICE**
Annadel A. Almendras
Barbara C. Spiegel
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Tel: (415) 510-3527
Barbara.Spiegel@doj.ca.gov

*Counsel to the California State Water Resources Control Board and Regional Water Quality Control Board, Los Angeles Region*

4

| | |
|---|---|
| */s/ Amy C. Quartarolo* | */s/ Seth Goldman* |

**LATHAM & WATKINS LLP**
Adam S. Ravin
Madeleine C. Parish
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
adam.ravin@lw.com
madeleine.parish@lw.com

-and-

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork
Amy C. Quartarolo
355 South Gran Avenue, Suite 100
Los Angeles, California 90071
Tel: (213) 485-1234
jeff.bjork@lw.com
amy.quartarolo@lw.com

-and-

**LATHAM & WATKINS LLP**
Christina Craige
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
chris.craige@lw.com

-and-

**MONTGOMERY MCCRAKEN WALKER & RHOADES, LLP**
Lathrop B. Nelson, III
Richard G. Placey
457 Haddonfield Road, Suite 600
Cherry Hill, New Jersey 08002
Tel: (856) 488-7700
lnelson@mmwr.com
rplacey@mmwr.com

*Counsel to Brenntag*

**MUNGER TOLLES & OLSON LLP**
Seth Goldman, Esq.
John Berry, Esq.
Bradley Schneider, Esq.
350 South Grand Avenue, 50th Fl.
Loss Angeles, California 90071
Tel: (213) 683-9554
seth.goldman@mto.com
john.berry@mto.com
bradley.scheider@mto.com

-and-

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
Joseph F. Pacelli, Esq.
Kevin J. Hale Esq.

500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
pdefilippo@wmd-law.com
jpacelli@wmd-law.com
khale@wmd-law.com

*Counsel to the Berkshire Entities*

*/s/ John J. Cruciani*

**HUSCH BLACKWELL LLP**
John J. Cruciani
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Tel: (816) 983-8197
Fax: (816) 983-8080
John.Cruciani@huschblackwell.com

-and-

**SCARINCI & HOLLENBECK, LLC**
David Edelberg, Esq.
150 Clove Road, 9th Fl.
Little Falls, New Jersey 07424
Tel: (201) 896-4100
Fax: (201) 896-8660
DEdelberg@sh-law.com

-and-

5

| | |
|---|---|
| */s/ Kevin J. Mangan*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Kevin J. Mangan<br>1313 N. Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) (252)-4320<br>Fax: (302) (252)-4330<br>kevin.mangan@wbd-us.com<br><br>*Counsel for Montana Natural Resource Damage Program and Montana Department of Environmental Quality* | **HUGHES HUBBARD & REED LLP**<br>Christopher K. Kiplok<br>Erin E. Diers<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel: (212) 837-6000<br>Fax: (212) 422-4726<br>chris.kiplok@hugheshubbard.com<br>erin.diers@hugheshubbard.com<br><br>*Attorneys for DB US Holding Corporation* |