**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2400
chad.husnick@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WHITTAKER, CLARK & DANIELS, INC., *et al.*, | Case No. 23-13575 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## JOINT STIPULATION AND REQUEST FOR ENTRY
## OF A SIXTH AGREED ORDER REGARDING CERTAIN PROOFS OF CLAIM

The Debtors and the Specified Environmental Creditors[2] (the "Parties") by and through their respective undersigned counsel, hereby submit this stipulation (the "Stipulation"), seeking the approval and entry of the proposed *Sixth Agreed Order Regarding Certain Proofs of Claim*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are: Whittaker, Clark & Daniels, Inc. (4760); Brilliant National Services, Inc. (2113); L. A. Terminals, Inc. (6800); and Soco West, Inc. (3400). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 100 First Stamford Place, Stamford, Connecticut 06902.

[2] "Specified Environmental Creditors" means, collectively: (a) the United States on behalf of the Environmental Protection Agency; (b) the State of California Department of Toxic Substances Control; (c) the California State Water Resources Control Board and Regional Water Quality Control Board, Los Angeles Region; and (d) the Orange County Water District.

(the "Proposed Order"), a copy of which is attached hereto as **Exhibit A**, and respectfully state as follows:

### Stipulation

A. The signatories below are counsel to the Debtors and the Specified Environmental Creditors and are negotiating the terms of a potential settlement agreement with respect to, among other things, certain environmental claims against Debtor Soco West, Inc., in connection with the jointly administered chapter 11 cases of *Whittaker, Clark & Daniels, Inc., et al.* (Bankr. Case No. 23-13475 (MBK)).

B. The Debtors and the Specified Environmental Creditors require additional time to prepare and finalize definitive documentation to seek approval of such settlement.

C. A potential settlement reached between the Parties could impact the nature of any proof of claim filed by the Specified Environmental Creditors.

D. On March 24, 2025, the Debtors filed the *Joint Stipulation and Request for Entry of an Agreed Order Regarding Certain Proofs of Claim* [Docket No. 1923] (the "First Agreed Order"), stipulating that, solely with respect to the Specified Environmental Creditors, the Debtors would treat the proofs of claim of the Specified Environmental Creditors as timely filed by the bar date; *provided* such proofs of claim were (a) filed no later than June 16, 2025 at 4:00 p.m. (ET) and (b) otherwise compliant with the bar date order [Docket No. 1588] (the "Bar Date Order").

E. On May 8, 2025, the Court entered the First Agreed Order [Docket No. 1995].

F. On June 12, 2025, the Debtors filed the *Joint Stipulation and Request for Entry of a Second Agreed Order Regarding Certain Proofs of Claim* [Docket No. 2051] (the "Second Agreed Order"), stipulating that, solely with respect to the Specified Environmental Creditors, the Debtors would treat the proofs of claim of the Specified Environmental Creditors as timely filed

by the bar date; *provided* such proofs of claim were (a) filed no later than August 18, 2025 at 4:00 p.m. (ET) and (b) otherwise compliant with the Bar Date Order.

      G.      On June 13, 2025, the Court entered the Second Agreed Order [Docket No. 2053].

      H.      On July 30, 2025, the Debtors filed the *Joint Stipulation and Request for Entry of a Third Agreed Order Regarding Certain Proofs of Claim* [Docket No. 2172] (the "Third Agreed Order"), stipulating that, solely with respect to the Specified Environmental Creditors, the Debtors would treat the proofs of claim of the Specified Environmental Creditors as timely filed by the bar date; *provided* such proofs of claim were (a) filed no later than September 30, 2025 at 4:00 p.m. (ET) and (b) otherwise compliant with the Bar Date Order.

      I.      On July 31, 2025, the Court entered the Third Agreed Order [Docket No. 2173].

      J.      On September 22, 2025, the Debtors filed the *Joint Stipulation and Request for Entry of a Fourth Agreed Order Regarding Certain Proofs of Claim* [Docket No. 2239] (the "Fourth Agreed Order"), stipulating that, solely with respect to the Specified Environmental Creditors, the Debtors would treat the proofs of claim of the Specified Environmental Creditors as timely filed by the bar date; *provided* such proofs of claim were (a) filed no later than October 31, 2025 at 4:00 p.m. (ET) and (b) otherwise compliant with the Bar Date Order.

      K.      On September 23, 2025, the Court entered the Fourth Agreed Order [Docket No. 2241].

      L.      On October 28, 2025, the Debtors filed the *Joint Stipulation and Request for Entry of a Fifth Agreed Order Regarding Certain Proofs of Claim* [Docket No. 2311] (the "Fifth Agreed Order"), stipulating that, solely with respect to the Specified Environmental Creditors, the Debtors would treat the proofs of claim of the Specified Environmental Creditors as timely filed by the bar

date; *provided* such proofs of claim were (a) filed no later than December 1, 2025 at 4:00 p.m. (ET) and (b) otherwise compliant with the Bar Date Order.

M.  On October 31, 2025, the Court entered the Fifth Agreed Order [Docket No. 2316].

N.  The Parties believe the ongoing good-faith negotiations justify a further modest extension of the bar date set in these chapter 11 cases solely with respect to the Specified Environmental Creditors and as a result, the Debtors agree to treat the proofs of claim of the Specified Environmental Creditors as timely filed by the bar date; *provided* such proofs of claim are (a) filed no later than January 9, 2026 at 4:00 p.m. (ET) and (b) otherwise compliant with the Bar Date Order.

O.  The Parties recognize that a further extension of the bar date solely with respect to the Specified Environmental Creditors may be appropriate, including for the purpose of obtaining public comment regarding and judicial approval of the Environmental Settlement.

P.  In an effort to avoid the delay and expenses of litigation, and following arms' length discussions between the Parties, the Debtors have agreed to the foregoing, but reserve the right to object to the Specified Environmental Creditors' proofs of claim on all other grounds and reserve the right to object on timeliness grounds to proofs of claim filed by any party other than the Specified Environmental Creditors that were not filed prior to the General Bar Date (as defined in the Bar Date Order).

Q.  Each of the Parties to this Stipulation represents and warrants it is duly authorized to enter into and be bound by this Stipulation.

IT IS HEREBY STIPULATED AND AGREED:

1.  The Parties consent to the entry of an order substantially in the form of **Exhibit A**, or as the Court chooses to amend it.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order and grant such other relief as the Court deems just and appropriate under the circumstances.

Dated: November 26, 2025

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Tel: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
joshua.sussberg@kirkland.com

-and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C.
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-2000
Fax: (312) 862-2400
chad.husnick@kirkland.com

*Co-Counsel for Debtors and Debtors in Possession*

/s/ Jeanne T. Cohn
**UNITED STATES DEPARTMENT OF JUSTICE ON BEHALF OF U.S. ENVIRONMENTAL PROTECTION AGENCY**
Jeanne T. Cohn
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-4160
jeanne.cohn@usdoj.gov

*United States Department of Justice on behalf of U.S. Environmental Protection Agency*

/s/ Justin Massey
**COHN LIFLAND PEARLMAN HERRMAN & KNOPF LLP**
Jeffrey W. Herrmann, Esq.
Alex A. Pisarevsky, Esq.
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel: (201) 845-9600
jwh@njlawfirm.com
ap@njlawfirm.com

-and-

**MILLER, AXLINE & SAWYER**
Justin Massey, Esq. (adminitted *pro hac vice*)
1050 Fulton Avenue, Suite 100
Sacramento, California 95825-4225
Tel: (916) 488-6688
jmassey@milleraxline.com

*Attorneys for Orange County Water District*

/s/ James R. Potter
**CALIFORNIA DEPARTMENT OF JUSTICE**
James R. Potter
Mitchell Rishe
Susana Aguilar
300 South Spring Street
Los Angeles, California 90013
Tel: (323) 377-1952
james.potter@doj.ca.gov

*Counsel to the State of California Department of Toxic Substances Control*

/s/ Barbara C. Spiegel
**CALIFORNIA DEPARTMENT OF JUSTICE**
Annadel A. Almendras
Barbara C. Spiegel
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Tel: (415) 510-3527
Barbara.Spiegel@doj.ca.gov

*Counsel to the California State Water Resources Control Board and Regional Water Quality Control Board, Los Angeles Region*

# EXHIBIT A

**Proposed Order**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>joshua.sussberg@kirkland.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2400<br>chad.husnick@kirkland.com<br><br>*Co-Counsel for Debtors and*<br>*Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Counsel for Debtors and*<br>*Debtors-in-Possession* |
| In re:<br><br>WHITTAKER, CLARK & DANIELS, INC., *et al.*,<br><br>    Debtors.[3] | Chapter 11<br><br>Case No. 23-13575 (MBK)<br><br>(Jointly Administered) |

### SIXTH AGREED ORDER REGARDING CERTAIN PROOFS OF CLAIM

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are: Whittaker, Clark & Daniels, Inc. (4760); Brilliant National Services, Inc. (2113); L. A. Terminals, Inc. (6800); and Soco West, Inc. (3400). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 100 First Stamford Place, Stamford, Connecticut 06902.

(Page 1)
Debtors: WHITTAKER, CLARK & DANIELS, INC., *et al*.
Case No. 23-13575 (MBK)
Caption of Order: SIXTH AGREED ORDER REGARDING CERTAIN PROOFS OF CLAIM

The relief set forth on the following pages two (2) through three (3) is **ORDERED**.

(Page 2)

| | |
|---|---|
| Debtors: | WHITTAKER, CLARK & DANIELS, INC., *et al*. |
| Case No. | 23-13575 (MBK) |
| Caption of Order: | SIXTH AGREED ORDER REGARDING CERTAIN PROOFS OF CLAIM |

The Debtors and the Specified Environmental Creditors[4] in these cases having entered into a stipulation (the "Stipulation"), which the Court has reviewed, it is **ORDERED**:

1.    Notwithstanding paragraph 13 of this Court's *Order (I) Setting Bar Dates for Filing Proofs of Claim, (II) Approving (A) Claim Forms and Procedures for Filing Proofs of Claim, and (B) the Form and Manner of Notice of Bar Dates, and (III) Granting Related Relief* [Docket No. 1588] (the "Bar Date Order") establishing March 26, 2025, as the general claims bar date for filing proofs of claim (the "Bar Date"), the proof of claim forms filed by any of the Specified Environmental Creditors shall be deemed timely filed, and no party shall object to such proofs of claim on the basis that they were late filed; *provided* that any proof of claim filed by any of the Specified Environmental Creditors (a) is filed no later than January 9, 2026 at 4:00 p.m. (ET) and (b) otherwise complies with the Bar Date Order.

2.    All parties in interest's rights to object to any Specified Environmental Creditors' proofs of claim filed in compliance with paragraph 1 of this Order on any basis other than that they were filed after the Bar Date, are reserved.

3.    Nothing in this Order or the Stipulation precludes any party in interest from objecting to any other proof of claim that is late filed, other than those described in this Order or as otherwise ordered by the Court, or precludes any party in interest, including any Party to the Stipulation, from seeking an extension of the General Bar Date (as defined in the Bar Date Order), or the applicable bar date as described in this Order or otherwise ordered by the Court, solely with respect to such party in interest.

---

[4]   Capitalized terms not defined herein have the meanings ascribed to such terms in the Stipulation.

(Page 3)

| | |
|---|---|
| Debtors: | WHITTAKER, CLARK & DANIELS, INC., *et al*. |
| Case No. | 23-13575 (MBK) |
| Caption of Order: | SIXTH AGREED ORDER REGARDING CERTAIN PROOFS OF CLAIM |

4. While the Specified Environmental Creditors may incur costs, fees (including attorneys' fees), expenses, or charges associated with entering into and performing under the Stipulation, the Specified Environmental Creditors and their counsel agree they shall not seek to recover any such fees and/or costs from the Debtors or their estates.

5. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate and implement the terms and provisions of the Stipulation.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Stipulation.